

# Fourth Court of Appeals
## San Antonio, Texas

August 20, 2018

No. 04-17-00291-CV

Roberto Avila **RODRIGUEZ**,
Appellant

v.

**PANTHER EXPEDITED SERVICES INC**., Amigo Staffing, Inc., Dicex International, Inc.,
Appellees

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2015CVT001668 D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

This court's opinion issued on July 31, 2018. Accordingly any motion for rehearing or motion for en banc reconsideration was due August 15, 2018. On August 13, 2018, appellee Dicex International, Inc. filed a motion for extension of time, asking for an additional fifteen days in which to file a motion for rehearing or motion for en banc reconsideration. However, after filing the motion for extension of time, appellee Dicex International, Inc., timely filed its motion for rehearing and motion for en banc reconsideration. Accordingly, we **DENY AS MOOT** appellee Dicex International, Inc.'s motion for extension of time.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court